**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Solomon Bitton SIMTOB, Defendant—**
**Appellant.**

**No. 07–30292.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 18, 2008.*
Filed March 24, 2008.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See*

Fed. R.App. 34(a)(2).

Carl E. Rostad, USGF—Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

David F. Ness, FDMT—Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: FISHER and TALLMAN, Circuit Judges, and EZRA, United States District Judge.**

MEMORANDUM ***

The district court's 36–month revocation sentence was reasonable. The district court made clear that it was not placing any special emphasis on the seriousness of Simtob's criminal conduct. *See United States v. Simtob,* 485 F.3d 1058, 1063–64 (9th Cir.2007). Instead, the district court relied primarily on Simtob's "continued pattern of unlawful behavior," a permissible consideration under 18 U.S.C. § 3583(e). *Id.* at 1063. Given Simtob's extensive criminal history and the likelihood of recidivism, we cannot say that the sentence was unreasonable. *See generally Gall v. United States,* 552 U.S. 38, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

Because the government properly raised its objection to Simtob's failure to file a timely notice of appeal, we are required to dismiss the portion of Simtob's appeal challenging his 2005 conviction and sentence. *See United States v. Sadler,* 480 F.3d 932, 937–40 (9th Cir.2007).

**AFFIRMED in part; DISMISSED in part.**

---

** Honorable David A. Ezra, United States District Judge for the District of Hawaii, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.